LAW OFFICES
# GUZZARDO & ASSOCIATES LLC

Joseph Guzzardo, Esq.
jguzzardo@guzzardolaw.com
Licensed in Pennsylvania and New Jersey
Pa. Id. No.95089
N.J. Id. 045892004

121 S. Broad Street
Suite 1600
Philadelphia, PA 19107
Telephone (215) 718-6691
http://www.guzzardolaw.com

New Jersey Office
20 Brace Rd.
Suite 350
Cherry Hill
New Jersey 08034

July 7, 2021

**Via E-Filing**
**The Honorable Renee Marie Bumb, USDJ**
**Mitchell H. Cohen Building**
**4th and Cooper Streets**
**Camden, NJ 08101**

Re:  Evangelista et. al. v. The Housing Authority of the City of Camden et. al.
     No. 20-16824

To the Clerk:

Pursuant to NJ R USDCT L.Civ.R. 6.1(b), Plaintiff hereby requests a 14 days extension with which to respond to Defendants' Motion for Judgment on the Pleadings. The originally noticed motion day has not previously been extended or adjourned.

The new motion day will be August 16th and Plaintiff's response in opposition will be due no later than August 2nd.

Thank you for your attention to this matter.

Respectfully submitted,

BY:  /s/Joseph P. Guzzardo, Esq.
     Joseph P. Guzzardo, Esquire
     Attorney for Plaintiffs