AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

For the _____ DISTRICT OF _____ NEW JERSEY

GARY EVANGELISTA, et al.,

          Plaintiffs

v.

THE HOUSING AUTHORITY OF
THE CITY OF CAMDEN et al.,

          Defendants

JUDGMENT IN A CIVIL CASE

CASE NO. 20-16824 (KMW-EAP)

**X**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that:

**JUDGMENT** be entered in favor of plaintiff **Gary Evangelista** and against defendants **the Housing Authority for the City of Camden, Victor Figueroa and Kathryn Blackshear** in the amounts of **$510,891 for lost earnings and $750,000 for compensatory damages**; and against **defendant Kathryn Blackshear** in the amount of **$2,500 for punitive damages**; and that

**JUDGMENT** be entered in favor of plaintiff **Kaberia Fussell** and against defendants **the Housing Authority for the City of Camden, Victor Figueroa and Kathryn Blackshear** in the amount of **$450,000 for compensatory damages**; and against **defendant Kathryn Blackshear** in the amount of **$2,500 for punitive damages**; and that

**JUDGMENT** of **NO CAUSE OF ACTION** be entered in favor of defendant Deborah Person-Polk and against **plaintiffs Gary Evangelista and Kaberia Fussell**.

Date: November 18, 2025

                                                  KAREN M. WILLIAMS
                                                  United States District Judge